441 A.2d 460

Commonwealth v. Gallagher, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Argued June 23, 1981. Shaubut C. Walz, III, Public Defender, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The judgment of sentence dated March 20, 1980 is affirmed on the comprehensive opinion of Judge Quigley.

PRICE, J., did not participate in the consideration or decision of this case.